# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

Docket Number: 4:17CR00309-BSM

vs

Aaron S. Waldrup

## ORDER FOR DISPOSAL OF SEIZED PROPERTY

This matter comes before the Court requesting disposal of property seized from the defendant. The item(s) include:

Samsung Cell Phone-A54-5G; Serial Number: R5CXC1LGCCH;

Green and black bag containing rolling papers, green leafy substance in a glass jar, ceramic bowl, two blue lighters, 2 paper clips;

Small blue pill container key chain containing a small plastic baggie with 2 squares of foil containing and unknown substance;

2 Containers of long rifle bullets;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that in accordance with procedures outlined in 41 CFR part 102-41 and the *Guide to Judiciary Policy*, the aforementioned property is to be released to the appropriate federal, state, or local law enforcement agency for disposal, or otherwise appropriately destroyed by the U.S. Probation Office.

IT IS SO ORDERED

Date this 3rd day of February, 2026

United States District Judge