# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

vs

Aaron S. Waldrup

Docket Number: 4:17CR00309-BSM

## ORDER FOR RETURN OF SEIZED PROPERTY

This matter comes before the Court requesting an order to return property seized from the defendant. The item(s) include:

Purple/Pink Samsung Cell Phone;
Black LG Flip Phone;
Black Galaxy S7 Cell Phone;
Micro SD Card;

IT IS SO ORDERED

Date this 3rd day of February, 2026.

United States District Judge